CLEAR FORM

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Jean P Johnson
PLAINTIFF

680 Rhode Island Ave NE #462B
Address (No Post Office Boxes)

Washington DC 20002
City          State     Zip Code

VS.

CIVIL ACTION NO. 1:24-CV-00962-JMC

Volume Services, INC
DEFENDANT

Jury Trial: ☐ Yes   ☐ No

Address (No Post Office Boxes)

City          State     Zip Code

## MOTION

### Mediation

I, Jean P. Johnson, request mediation between myself and the defendant, Volume Services Inc. to settle the dispute between both parties. I would like to begin negotiations for a settlement in the amount of $ 3.5 Million.

Jean P. Johnson
Signature

**RECEIVED**

JUN - 3 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Name (if applicable, Prisoner ID No.)
680 Rhode Island Ave, NE # 462B
Address/Facility Address
Washington, DC. 20002
City          State     Zip Code

Rev: 01/10/2023
*Use additional pages as needed.