# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN P. JOHNSON**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-00962-JMC |
| **VOLUME SERVICES, INC.**, | ) |
| Defendant. | ) |

## DEFENDANT'S STATUS REPORT REGARDING MEDIATION

Defendant Volume Services, Inc. submits this Status Report pursuant to the Court's May 28, 2024 Minute Order.

During the Scheduling Conference in this matter, the Court inquired about the parties' interest in a referral for mediation. Defense counsel informed the Court that Defendant invited the *pro se* Plaintiff to make a demand and that Defendant needed to assess that demand before it could determine if a referral to mediation would be productive at this time.

Plaintiff made a demand in her Motion for Mediation. (ECF No. 11.) Defendant does not believe mediation at this time is likely to be productive but is open to revisiting the idea of mediation as discovery progresses and as the parties' hopefully advance settlement discussions on their own.

DATED: June 5, 2024

Respectfully submitted,

*/s/ Daniel E. Farrington*
Daniel E. Farrington (#471403)
Fisher & Phillips LLP
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Phone: (202) 429-3706
Fax: (202) 978-3788

1

Email:  dfarrington@fisherphillips.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of June, 2024, he caused a true and correct copy of the foregoing Status Report to be served on the following individual by United States mail, postage prepaid and electronic mail:

>Jean P. Johnson
>680 Rhode Island Avenue, N.E., #462B
>Washington, DC 20002
>jdaniejo@gmail.com
>
>*Pro Se Plaintiff*

>*/s/ Daniel E. Farrington*
>_____
>Daniel E. Farrington

3
FP 50834718.2