UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN P. JOHNSON,<br><br>   *Plaintiff*<br><br>-versus-<br><br>VOLUME SERVICES, INC.,<br><br>   *Defendant*. | No. 1-24-cv-00962 ( JMC) (ZMF)<br><br><br><br>NOTICE OF LIMITED APPEARANCE<br>AND CERTIFICATION OF<br>*PRO BONO* COUNSEL |

To the Clerk of the Court and Parties of Record:

 Please enter my limited appearance as *pro bono* counsel for Plaintiff Jean P. Johnson in the above-captioned case for purposes of mediation consistent with the Court's minute entry/proceedings, dated April 9, 2025.

 Pursuant to Local Civil Rule 83.2(h), I hereby certify that I'm providing representation without compensation and I'm personally familiar with the Local Rules of this Court and, as appropriate, the other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

                Respectfully,

                THE ATLANTIC FOUNDATION

Dated: April 24, 2025

                *[signature]*
                **Sami Elamad** (NM 161897)
                The Atlantic Foundation
                450 Lexington Ave.
                P.O. Box 69
                New York, NY 10163
                Tel: 646-685-3954
                Fax: 646-712-9501
                sami@the-atlantic-foundation.org

                *Pro Bono Counsel for Plaintiff Jean Johnson*