IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JEAN P. JOHNSON**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-00962-JMC/ZMF |
| **VOLUME SERVICES, INC.**, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION
TO ENLARGE DISPOSITIVE MOTIONS BRIEFING SCHEDULE**

Defendant Volume Services, Inc. hereby moves to enlarge the dispositive motions briefing schedule and in support thereof state the following:

1. Discovery in this case has closed and Defendant's motion for summary judgment is due on May 9, 2025; Plaintiff's response is due on June 9, 2025, and Defendant's reply is due on June 30, 2025.  (See April 9, 2025 Minute Order.)

2. The parties have agreed to mediate, and on April 28, 2025, Magistrate Judge Zia M. Faruqui issued a Mediation Order.  (See ECF No. 17.)  Pursuant to the Mediation Order, the parties have been directed to engage in a Step One mediation with a Chief Circuit Mediator-appointed mediator.  Should the case not resolve during the Step One mediation, Magistrate Judge Faruqui will conduct a Step Two mediation.

3. Conservation of the parties' resources and judicial efficiency will be best served if the parties can devote time and resources that would otherwise be spent on dispositive motions briefing to the mediation process.

4.	Defendant respectfully requests that the dispositive motions briefing schedule be enlarged such that Defendant's motion for summary judgment be due thirty days after a possible Step Two mediation, if the case does not resolve earlier. To maintain the existing spacing between briefs, Defendant requests that Plaintiff's response be due thirty days after Defendant files its motion for summary judgment and Defendant's be due twenty-one days after Plaintiff files her response.

5.	Defense counsel conferred with *pro se* Plaintiff Jean P. Johnson, who consents to the relief requested herein.

6.	This is the first request for an extension of the dispositive motion briefing schedule, is made for good cause, and will not result in undue delay or prejudice to either side.

WHEREFORE, Defendant respectfully requests the Court enlarge the dispositive motions briefing schedule.

DATED: April 29, 2025                    Respectfully submitted,

/s/ Daniel E. Farrington
Daniel E. Farrington (#471403)
Fisher & Phillips LLP
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Phone: (202) 429-3706
Fax: (202) 978-3788
Email: dfarrington@fisherphillips.com

*Attorney for Defendant*