# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN P. JOHNSON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00962-JMC |
| ) | |
| **VOLUME SERVICES, INC.**, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Jean P. Johnson and Defendant Volume Services, Inc. stipulate to the dismissal of this action with prejudice, with each party to bear her and its own attorneys' fees and costs.

DATED: August 26, 2025                                     Respectfully submitted,

*/s/ Jean P. Johnson*                                                */s/ Daniel E. Farrington*
Jean P. Johnson                                                      Daniel E. Farrington (#471403)
680 Rhode Island Avenue, NE                            Fisher & Phillips LLP
#462B                                                                        1401 New York Avenue, NW, Suite 400
Washington, DC 200002                                        Washington, DC 20005
Email: jdaniejo@gmail.com                                  Phone: (202) 429-3706
                                                                                    Fax: (202) 978-3788
*Pro Se Plaintiff*                                                        Email: dfarrington@fisherphillips.com

*Attorney for Defendant*