UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN P. JOHNSON,<br><br>　　　　Plaintiff<br><br>-versus-<br><br><br>VOLUME SERVICES, INC.,<br><br>　　　　Defendant | No. 1-24-cv-00962 ( JMC) (ZMF)<br><br><br><br><br>NOTICE OF WITHDRAWAL OF LIMITED APPEARANCE |

To the Clerk of the Court and Parties of Record:

1. The undersigned previously entered a limited appearance on behalf of Plaintiff Jean Johnson for the purpose of assisting with mediation/settlement. *See* ECF Nos. 15, 16.

2. More recently, the parties successfully completed the mediation process, and a stipulation of dismissal has been filed with the Court, ECF No. 19.

3. Accordingly, I file this notice of the withdrawal of my limited appearance and representation as counsel in this matter on behalf of Plaintiff.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

Dated: August 26, 2025

　　　　　　　　　　　　　　　　　　/s/ *Sami Elamad*
　　　　　　　　　　　　　　　　　　Sami Elamad
　　　　　　　　　　　　　　　　　　The Atlantic Foundation
　　　　　　　　　　　　　　　　　　450 Lexington Ave.
　　　　　　　　　　　　　　　　　　P.O. Box 69
　　　　　　　　　　　　　　　　　　New York, NY 10163
　　　　　　　　　　　　　　　　　　Tel: 646-685-3954
　　　　　　　　　　　　　　　　　　Fax: 646-712-9501
　　　　　　　　　　　　　　　　　　sami@the-atlantic-foundation.org